# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **SHARON ROBERTS,** | **Civil Action No. 14-cv-00442** |
| **Plaintiff,** | **Judge Joan B. Gottschall** |
| v. | |
| **ADVOCATE HEALTH CARE,** | |
| **Defendant.** | |

## DEFENDANT'S APPENDIX
## IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

Defendant Advocate Health Care hereby submits its Appendix in Support of its Motion for Summary Judgment.

Dated: October 31, 2014

Respectfully submitted,

s/Efrat R. Schulman
Michael J. Gray (06210880)
mjgray@JonesDay.com
Efrat R. Schulman (06280999)
eschulman@jonesday.com
JONES DAY
77 West Wacker
Chicago, IL 60601.1692
Telephone: +1.312.782.3939
Facsimile: +1.312.782.8585

CHI-181946413v1

**INDEX**

| Exhibit No. | Description |
|---|---|
| **Depositions** | |
| A | Sharon Roberts Deposition Transcript Excerpts |
| B | Kathleen Magurany Deposition Transcript Excerpts |
| C | Karen Kittle Deposition Transcript Excerpts |
| **Declarations** | |
| D | Declaration of Kathleen Magurany |
| D-1 | Roberts' Pay Stubs |
| D-2 | Roberts' Time Cards |
| E | Declaration of Jennifer LaFargue |
| E-1 | Affidavit of Thomas Hamilton, Amcom Software |
| E-2 | Pager Data, January 2011 |
| E-3 | Pager Data, February 2011 |
| E-4 | Pager Data, March 2011 |
| E-5 | Pager Data, April 2011 |
| E-6 | Pager Data, May 2011 |
| E-7 | Pager Data, June 2011 |
| E-8 | Pager Data, July 2011 |
| E-9 | Pager Data, August 2011 |
| E-10 | Pager Data, September 2011 |
| E-11 | Pager Data, October 2011 |
| E-12 | Pager Data, November 2011 |
| E-13 | Pager Data, December 2011 |
| E-14 | Pager Data, January 2012 |
| E-15 | Pager Data, February 2012 |
| E-16 | Pager Data, March 2012 |
| E-17 | Pager Data, April 2012 |
| E-18 | Pager Data, May 2012 |
| E-19 | Pager Data, June 2012 |
| E-20 | Pager Data, July 2012 |
| E-21 | Pager Data, August 2012 |
| E-22 | Pager Data, September 2012 |
| E-23 | Pager Data, October 2012 |
| E-24 | Pager Data, November 2012 |
| E-25 | Pager Data, December 2012 |
| E-26 | Pager Data, January 2013 |
| E-27 | Pager Data, February 2013 |
| E-28 | Pager Data, March 2013 |
| **Deposition Exhibits** | |
| F | Roberts Dep. Ex. 2 |
| G | Roberts Dep. Ex. 3 |
| H | Roberts Dep. Ex. 5 |

CHI-181946413v1

| Exhibit No. | Description |
|---|---|
| I | Roberts Dep Ex. 13 |
| J | Roberts Dep Ex. 14 |

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 31, 2014, I electronically filed the foregoing COMPENDIUM OF EXHIBITS with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following at their e-mail address on file with the Court:

Ryan F Stephan
James B. Zouras
Andrew C. Ficzko
Teresa M. Becvar
STEPHAN, ZOURAS, LLP
205 N. Michigan Ave.
Suite 2560
Chicago, IL 60601

                                                         s/Efrat R. Schulman
                                                         One of the Attorneys for Advocate Health Care