# EXHIBIT E

# DECLARATION OF JENNIFER LAFARGUE

I, Jennifer LaFargue, declare as follows:

1.      I am the Manager Site Operations, IS-Telecommunications-South Region at Advocate Health Care. I have been in this position since 2005. Because of my position, I have personal knowledge of the following and could so testify if asked.

2.      Plaintiff Sharon Roberts worked at Advocate Illinois Masonic Medical Center ("AIMMC") and was issued a pager with the following phone number: 773-713-7649. She had the same pager number from January 2011 to March 2013.

3.      AIMMC uses a third-party vendor, Amcom Software, to provide pager-related services.

4.      Amcom maintains data including the dates and times of pages on servers that can be accessed at AIMMC.

5.      On June 27, 2014, technicians from Amcom Software went to AIMMC to extract pager data related to Ms. Roberts' pager number from the servers.

6.      On July 9, 2014, Amcom provided me electronic spreadsheets of pager data for Ms. Roberts' pager from January 2011 to March 2013. Amcom also provided me with an affidavit and a retrieval log attesting to the extraction of the pager data. Pager data was available for 21 out of the 27 months; no data could be retrieved for January 2011 to June 2011.

7.      Attached as Exhibit E-1 to this declaration are the affidavit and retrieval log I received from Amcom Software signed by Thomas Hamilton.

8.      Attached as Exhibit E-2 to this declaration is the print-out of pager data from Ms. Roberts' pager for January 2011. No data was available for this month.

9.      Attached as Exhibit E-3 to this declaration is the print-out of pager data from Ms. Roberts' pager for February 2011.  No data was available for this month.

10.      Attached as Exhibit E-4 to this declaration is the print-out of pager data from Ms. Roberts' pager for March 2011.  No data was available for this month.

11.      Attached as Exhibit E-5 to this declaration is the print-out of pager data from Ms. Roberts' pager for April 2011.  No data was available for this month.

12.      Attached as Exhibit E-6 to this declaration is the print-out of pager data from Ms. Roberts' pager for May 2011.  No data was available for this month.

13.      Attached as Exhibit E-7 to this declaration is the print-out of pager data from Ms. Roberts' pager for June 2011.  No data was available for this month.

14.      Attached as Exhibit E-8 to this declaration is the print-out of pager data from Ms. Roberts' pager for July 2011.  Plaintiff received a total of five pages this month.

15.      Attached as Exhibit E-9 to this declaration is the print-out of pager data from Ms. Roberts' pager for August 2011.  Plaintiff received a total of three pages this month.

16.      Attached as Exhibit E-10 to this declaration is the print-out of pager data from Ms. Roberts' pager for September 2011.  Plaintiff received a total of nine pages this month.

17.      Attached as Exhibit E-11 to this declaration is the print-out of pager data from Ms. Roberts' pager for October 2011.  Plaintiff received a total of eleven pages this month.

18.      Attached as Exhibit E-12 to this declaration is the print-out of pager data from Ms. Roberts' pager for November 2011.  Plaintiff received a total of ten pages this month.

19.      Attached as Exhibit E-13 to this declaration is the print-out of pager data from Ms. Roberts' pager for December 2011.  Plaintiff received a total of nine pages this month.

- 2 -

20.     Attached as Exhibit E-14 to this declaration is the print-out of pager data from Ms. Roberts' pager for January 2012. Plaintiff received a total of twelve pages this month.

21.     Attached as Exhibit E-15 to this declaration is the print-out of pager data from Ms. Roberts' pager for February 2012. Plaintiff received a total of six pages this month.

22.     Attached as Exhibit E-16 to this declaration is the print-out of pager data from Ms. Roberts' pager for March 2012. Plaintiff received a total of seven pages this month.

23.     Attached as Exhibit E-17 to this declaration is the print-out of pager data from Ms. Roberts' pager for April 2012. Plaintiff received a total of ten pages this month.

24.     Attached as Exhibit E-18 to this declaration is the print-out of pager data from Ms. Roberts' pager for May 2012. Plaintiff received a total of twelve pages this month.

25.     Attached as Exhibit E-19 to this declaration is the print-out of pager data from Ms. Roberts' pager for June 2012. Plaintiff received a total of twenty-four pages this month.

26.     Attached as Exhibit E-20 to this declaration is the print-out of pager data from Ms. Roberts' pager for July 2012. Plaintiff received a total of six pages this month.

27.     Attached as Exhibit E-21 to this declaration is the print-out of pager data from Ms. Roberts' pager for August 2012. Plaintiff received a total of eleven pages this month.

28.     Attached as Exhibit E-22 to this declaration is the print-out of pager data from Ms. Roberts' pager for September 2012. Plaintiff received a total of fourteen pages this month.

29.     Attached as Exhibit E-23 to this declaration is the print-out of pager data from Ms. Roberts' pager for October 2012. Plaintiff received a total of eleven pages this month.

30.     Attached as Exhibit E-24 to this declaration is the print-out of pager data from Ms. Roberts' pager for November 2012. Plaintiff received a total of six pages this month.

CHI-181945808v1

31.   Attached as Exhibit E-25 to this declaration is the print-out of pager data from Ms. Roberts' pager for December 2012.  Plaintiff received a total of seventeen pages this month.

32.   Attached as Exhibit E-26 to this declaration is the print-out of pager data from Ms. Roberts' pager for January 2013.  Plaintiff received a total of three pages this month.

33.   Attached as Exhibit E-27 to this declaration is the print-out of pager data from Ms. Roberts' pager for February 2013.  Plaintiff received a total of twenty pages this month.

34.   Attached as Exhibit E-28 to this declaration is the print-out of pager data from Ms. Roberts' pager for March 2013.  Plaintiff received a total of three pages this month.

35.   I gave this declaration voluntarily, and before signing this declaration, I reviewed it for accuracy and made any changes necessary to make sure that it is accurate.

This declaration is made in accordance with 28 U.S.C. § 1746 and I declare under penalty of perjury that the foregoing is true and correct.  Executed on October 30, 2014 at Chicago, Illinois.

_Jennifer LaFargue_

Jennifer LaFargue

- 4 -

# EXHIBIT E-1

# GENERAL AFFIDAVIT

As a resident in the county _Ramsey_ within the state of _Minnesota_, _Thomas Hamilton_ personally approached me, the undersigned Notary, and made his/her sworn testimony in a general affidavit, that the following statement is completely factual and true to the best of his/her belief and knowledge.

| Statement: |
| --- |

On Friday June 27, 2014 Dean Neubauer and John Bui, two employees of Amcom Software who are members of Amcom Software's Professional Services team traveled to Advocate HealthCare's facility at 836 W. Wellington Avenue, Chicago, Illinois 60657 to perform the task of extracting the pager records of pager number 773-713-7649 for the requested time period of January 11, 2011 through March 22, 2013. This extraction was performed to fulfill a request for professional services from Advocate HealthCare that was transacted through an Amcom Order Form with an effective date of June 19, 2014.

Mr. Neubauer and Mr. Bui arrived at Advocate Healthcare's 836 Wellington Avenue facility at approximately 11:30am on Friday June 27th and remained at that location until they completed the full recovery of the requested logs at approximately 4:45pm.

While performing the extraction and recovery of the pager records for pager number 773-713-7649 Mr. Neubauer and Mr. Bui created the attached Page Logs Recovery Action Log detailing the tasks they performed while extracting the pager records at Advocate Healthcare's facility as well as noting the time each activity was undertaken. This log is hereby attached and fully incorporated into this affidavit.

**Affiant Signature:** _[signature]_ Thomas Hamilton
Lead Counsel of Spōk (Formerly Amcom Software)
**Date Signed:** the _10th_ of _July_ 20 _14_

**Sworn and subscribed to before me on this day,** _10_ of _July_ 2014

_[signature]_
**Notary Public**

FAEZEH O EFFENDI
NOTARY PUBLIC
MINNESOTA
My Commission Expires Jan. 31, 2016

AMCOM_0002

Page Logs Recovery Action Log

Dean Neubauer
John Bui

Date: 06-27-2014

| Time | Action Taken | Notes |
|---|---|---|
| 11:38:00 AM | Powered on computer | |
| 11:42:00 AM | Connection to Advocate network established | |
| 11:43:00 AM | Connected to DB1 (amcom-db1-advocatehealth.com IP 10.18.17.161) | |
| 12:43:00 PM | Connected through SQLPLUS to Recovery Schema | |
| 11:47:00 AM | Cleared Recovery Schema on DB1 | |
| 11:48:00 AM | Started recovery of 09/2011 data on DB1 | |
| 12:00:00 PM | Recovery completed of 09/2011 data on DB1 | |
| 12:07:00 PM | **Page Log Report for Pager ID 7737137649 in 09/2011 completed and saved** | |
| 12:08:00 PM | Cleared Recovery Schema on DB1 | |
| 12:08:00 PM | Started recovery of 10/2011 data on DB1 | |
| 12:21:00 PM | Recovery completed of 10/2011 data on DB1 | |
| 12:24:00 PM | **Page Log Report for Pager ID 7737137649 in 10/2011 completed and saved.** | |
| 12:27:00 PM | Cleared Recovery Schema on DB1 | |
| 12:27:00 PM | Started recovery of 11/2011 data on DB1 | |
| 12:45:00 PM | Recovery completed of 11/2011 data on DB1 | |
| 12:48:00 PM | **Page Log Report for Pager ID 7737137649 in 11/2011 completed and saved** | |
| 12:50:00 PM | Cleared Recovery Schema on DB1 | |
| 12:51:00 PM | Noticed Discrepancy between page log report and manual query of data from the database.  Page Log Report is missing seve | When manually querying the database all the records are returned.  We are going back to the preceding two months to perform a manu |
| 12:52:00 PM | Started recovery of 10/2011 data on DB1 | |
| 1:02:00 PM | Recovery completed of 10/2011 data on DB1 | |
| 1:03:00 PM | **Page Log Query for Pager ID 7737137649 in 10/2011 completed and saved.** | |
| 1:03:00 PM | Cleared Recovery Schema on DB1 | |
| 1:03:00 PM | Started recovery of 09/2011 data on DB1 | |
| 1:13:00 PM | Recovery completed of 09/2011 data on DB1 | |
| 1:13:00 PM | **Page Log Query for Pager ID 7737137649 in 09/2011 completed and saved.** | |
| 1:15:00 PM | Cleared Recovery Schema on DB1 | |
| 1:15:00 PM | Started recovery of 12/2011 data on DB1 | |
| 1:23:00 PM | Recovery completed of 12/2011 data on DB1 | |
| 1:24:00 PM | **Page Log Query for Pager ID 7737137649 in 12/2011 completed and saved.** | |
| 1:26:00 PM | Cleared Recovery Schema on DB1 | |
| 1:26:00 PM | Started recovery of 01/2012 data on DB1 | |
| 1:35:00 PM | Recovery completed of 01/2012 data on DB1 | |
| 1:35:00 PM | **Page Log Query for Pager ID 7737137649 in 01/2012 completed and saved.** | |
| 1:38:00 PM | Cleared Recovery Schema on DB1 | |
| 1:38:00 PM | Started recovery of 02/2012 data on DB1 | |
| 1:46:00 PM | Recovery completed of 02/2012 data on DB1 | |
| 1:46:00 PM | **Page Log Query for Pager ID 7737137649 in 02/2012 completed and saved.** | |
| 1:48:00 PM | Cleared Recovery Schema on DB1 | |
| 1:48:00 PM | Started recovery of 03/2012 data on DB1 | |
| 1:54:00 PM | Copied 01/2011 Purge file from DB2 to DB1 | |
| 1:54:00 PM | Copied 02/2011 Purge file from DB2 to DB1 | |
| 1:54:00 PM | Copied 03/2011 Purge file from DB2 to DB1 | |
| 1:54:00 PM | Copied 04/2011 Purge file from DB2 to DB1 | |
| 1:55:00 PM | Copied 05/2011 Purge file from DB2 to DB1 | |
| 1:55:00 PM | Copied 06/2011 Purge file from DB2 to DB1 | |
| 1:55:00 PM | Copied 07/2011 Purge file from DB2 to DB1 | |
| 1:55:00 PM | Copied 08/2011 Purge file from DB2 to DB1 | |
| 1:58:00 PM | Recovery completed of 03/2012 data on DB1 | |
| 1:59:00 PM | **Page Log Query for Pager ID 7737137649 in 03/2012 completed and saved.** | |
| 1:59:00 PM | Cleared Recovery Schema on DB1 | |
| 1:59:00 PM | Started recovery of 04/2012 data on DB1 | |
| 2:07:00 PM | Recovery completed of 04/2012 data on DB1 | |
| 2:07:00 PM | **Page Log Query for Pager ID 7737137649 in 04/2012 completed and saved.** | |
| 2:09:00 PM | Cleared Recovery Schema on DB1 | |
| 2:10:00 PM | Started recovery of 06/2012 data on DB1 | |
| 2:11:00 PM | Copied 05/2012 Purge file from DB2 to DB1 | |
| 2:17:00 PM | Recovery completed of 06/2012 data on DB1 | |

AMCOM_0003

2:18:00 PM  **Page Log Query for Pager ID 7737137649 in 06/2012 completed and saved.**
2:20:00 PM  Cleared Recovery Schema on DB1
2:20:00 PM  Started recovery of 07/2012 data on DB1
2:21:00 PM  Copied 01/2013 Purge file from DB1 to VM1
2:21:00 PM  Cleared Recovery Schema on VM1

2:21:00 PM  Started recovery of 01/2013 data on VM1
2:27:00 PM  Recovery completed of 07/2012 data on DB1
2:29:00 PM  **Page Log Query for Pager ID 7737137649 in 07/2012 completed and saved.**
2:31:00 PM  Cleared Recovery Schema on DB1
2:31:00 PM  Started recovery of 08/2012 data on DB1
2:40:00 PM  Recovery completed of 08/2012 data on DB1
2:40:00 PM  **Page Log Query for Pager ID 7737137649 in 08/2012 completed and saved.**
2:43:00 PM  Cleared Recovery Schema on DB1
2:44:00 PM  Started recovery of 12/2012 data on DB1
2:47:00 PM  Recovery completed of 01/2013 data on VM1
2:50:00 PM  **Page Log Query for Pager ID 7737137649 in 01/2013 completed and saved.**
2:53:00 PM  Cleared Recovery Schema on VM1
2:53:00 PM  Copied 02/2013 Purge file from DB1 to VM1
2:53:00 PM  Started recovery of 02/2013 data on VM1
2:53:00 PM  Recovery completed of 12/2012 data on DB1
2:54:00 PM  **Page Log Query for Pager ID 7737137649 in 12/2012 completed and saved.**
2:58:00 PM  Copied 10/2012 Purge file from DB2 to DB1
2:58:00 PM  Cleared Recovery Schema on DB1
2:58:00 PM  Started recovery of 05/2012 data on DB1
2:59:00 PM  Copied 11/2012 Purge file from DB2 to DB1
3:00:00 PM  Copied 09/2012 Purge file from DB2 to DB1
3:08:00 PM  Recovery completed of 05/2012 data on DB1
3:08:00 PM  **Page Log Query for Pager ID 7737137649 in 05/2012 completed and saved.**
3:09:00 PM  Cleared Recovery Schema on DB1
3:09:00 PM  Started recovery of 09/2012 data on DB1
3:14:00 PM  Recovery completed of 02/2013 data on VM1
3:14:00 PM  **Page Log Query for Pager ID 7737137649 in 02/2013 completed and saved.**
3:17:00 PM  Recovery completed of 09/2012 data on DB1
3:20:00 PM  **Page Log Query for Pager ID 7737137649 in 09/2012 completed and saved.**
3:25:00 PM  Cleared Recovery Schema on DB1
3:25:00 PM  Started recovery of 10/2012 data on DB1
3:33:00 PM  Recovery completed of 10/2012 data on DB1
3:33:00 PM  **Page Log Query for Pager ID 7737137649 in 10/2012 completed and saved.**
3:39:00 PM  Cleared Recovery Schema on DB1
3:39:00 PM  Started recovery of 11/2012 data on DB1
3:45:00 PM  Cleared Recovery Schema on VM1
3:45:00 PM  Cleared Recovery Schema on VM2
3:45:00 PM  Copied 07/2011 Purge file from DB1 to VM2
3:45:00 PM  Started recovery of 07/2011 data on VM2
3:45:00 PM  Copied 05/2011 Purge file from DB1 to VM1
3:45:00 PM  Started recovery of 05/2011 data on VM1
3:47:00 PM  Cleared Recovery Schema on VM3
3:47:00 PM  Copied 08/2011 Purge file from DB1 to VM3
3:47:00 PM  Started recovery of 08/2011 data on VM3
3:47:00 PM  Recovery completed of 11/2012 data on DB1
3:49:00 PM  **Page Log Query for Pager ID 7737137649 in 11/2012 completed and saved.**
3:50:00 PM  Cleared Recovery Schema on DB1
3:50:00 PM  Started recovery of 01/2011 data on DB1
3:58:00 PM  Recovery completed of 07/2011 data on VM2
3:59:00 PM  **Page Log Query for Pager ID 7737137649 in 07/2011 completed and saved.**
3:59:00 PM  Copied 06/2011 Purge file from DB1 to VM2
4:01:00 PM  Cleared Recovery Schema on VM2
4:01:00 PM  Started recovery of 06/2011 data on VM2
4:01:00 PM  Recovery completed of 01/2011 data on DB1
4:02:00 PM  **Page Log Query for Pager ID 7737137649 in 01/2011 completed.  No entries found for this month.**

When it was determined we wouldn't have enough time onsite to pull all the logs when just using DB1 alone we copied some purge files to VMs (virtual machines) to run the recovery process in parallel to save time.

AMCOM_0004

4:03:00 PM  Cleared Recovery Schema on DB1
4:03:00 PM  Started recovery of 02/2011 data on DB1
4:03:00 PM  Recovery completed of 05/2011 data on VM1
4:05:00 PM  **Page Log Query for Pager ID 7737137649 in 05/2011 completed.  No entries found for this month.**
4:08:00 PM  Page Log Query completed of 08/2011 data on VM3
4:09:00 PM  **Page Log Query for Pager ID 7737137649 in 08/2011 completed and saved.**
4:11:00 PM  Recovery completed of 02/2011 data on DB1
4:11:00 PM  **Page Log Query for Pager ID 7737137649 in 02/2011 completed. No entries found for this month.**
4:11:00 PM  Cleared Recovery Schema on DB1
4:12:00 PM  Started recovery of 03/2013 data on DB1
4:14:00 PM  Cleared Recovery Schema on VM3
4:14:00 PM  Copied 03/2011 Purge file from DB1 to VM3
4:14:00 PM  Started recovery of 03/2011 data on VM3
4:19:00 PM  Recovery completed of 06/2011 data on VM2
4:19:00 PM  **Page Log Query for Pager ID 7737137649 in 06/2011 completed. No entries found for this month.**
4:26:00 PM  Recovery completed of 03/2013 data on DB1
4:26:00 PM  **Page Log Query for Pager ID 7737137649 in 03/2013 completed.**
4:26:00 PM  Recovery completed of 03/2011 data on VM3
4:26:00 PM  **Page Log Query for Pager ID 7737137649 in 03/2011 completed. No entries found for this month.**
4:26:00 PM  Cleared Recovery Schema on DB1
4:27:00 PM  Started recovery of 04/2011 data on DB1
4:35:00 PM  Recovery completed of 04/2011 data on DB1
4:35:00 PM  **Page Log Query for Pager ID 7737137649 in 04/2011 completed. No entries found for this month.**
4:40:00 PM  Started recovery of 09/2011 PT 2 data on DB1
4:40:00 PM  Recovery completed of 09/2011 PT 2 data on DB1
4:41:00 PM  **Page Log Query for Pager ID 7737137649 in 09/2011 PT 2 completed and saved.  No entries found**
4:41:00 PM  Disconnecting from DB1
4:41:00 PM  Disconnecting from VM1
4:41:00 PM  Disconnecting from VM2
4:41:00 PM  Disconnecting from VM3

EXHIBIT E-2

| PAGE_LOG _SEQNUM | ERROR_N UMBER | MESSAGE_ SEQNUM | LISTING _ID | MESSAGING _ID | _NAME | PAGER_ID | PRIORIT Y | COS | RCC | PAGED_TEXT | DATETIM E | REBEEP _COUNT | ACTION | USER NAME | MACHINE | MODULE | EXPORTED _FLAG | SESSION _ID | GROUP _NUMB ER | SENDING _USERNA ME | SENDING _MACHI NE | SENDIN G_MODU LE | SENDING_S ESSION_ID | _QUE UED | DATE _POSITION _QUEUED | MESSAGE _TYPE | REBEEP_ INTERVAL | MAX_RE BEEPS | DEFAULT _MESSAG E_FLAG | STEP_ SEQNU M | PAGE_ ROUTE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

# EXHIBIT E-3

| PAGE_LOG_SEQNUM | ERROR_NUMBER | MESSAGE_SEQNUM | LISTING_ID | MESSAGING_ID | PAGER_NAME | PAGER_ID | PRIORITY | COS | RCC | PAGED_TEXT | DATE_TIME | REBEEP_COUNT | ACTION | USER_NAME | USER_MACHINE | MODULE | EXPORTED_FLAG | SESSION_ID | GROUP_NUMBER | SENDING_USERNAME | SENDING_MACHINE | SENDING_MODULE | SENDING_SESSION_ID | DATE_QUEUED | POSITION_QUEUED | MESSAGE_TYPE | REBEEP_INTERVAL | MAX_REBEEPS | DEFAULT_MESSAGE_FLAG | STEP_SEQN_UM | PAGE_ROUTE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

# EXHIBIT E-4

| PAGE_LOG_ SEQNUM | ERROR_ NUMBER | MESSAGE _SEQNUM | LISTING _ID | MESSAGING _ID | NAME | PAGER _ID | PRIORI TY | COS | RCC | PAGED _TEXT | DATE TIME | REBEEP _COUNT | ACTION | USER NAME | MACHINE | MODULE | EXPORTED _FLAG | SESSION _ID | GROUP_ NUMBER | SENDING_ USERNAME | SENDING_ MACHINE | SENDING_ MODULE | SENDING_ SESSION_ ID | DATE_ QUEUED | POSITION_ QUEUED | MESSAGE _TYPE | REBEEP_ INTERVAL | MAX_ REBEEPS | DEFAULT_ MESSAGE _FLAG | STEP_ SEQNUM | PAGE_R OUTE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

# EXHIBIT E-5

| PAGE_LOG_ SEQNUM | ERROR_ NUMBER | MESSAGE_ SEQNUM | LISTING_ ID | MESSAGING_ ID | PAGER_ NAME | PRIORI TY ID | COS | RCC | PAGED_ TEXT | DATE TIME | REBEEP _COUNT | ACTION | USER NAME | MACHINE | MODULE | EXPORTED_ FLAG | SESSION _ID | GROUP_ NUMBER | SENDING_ USERNAME | SENDING_ MACHINE | SENDING _MODULE | SENDING_ SESSION_ ID | DATE_ QUEUED | POSITION_ QUEUED | MESSAGE_ TYPE | REBEEP_ INTERVAL | MAX_ REBEEPS | DEFAULT_ MESSAGE _FLAG | STEP_ SEQNUM | PAGE_ ROUTE |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |

# EXHIBIT E-6

| PAGE_LOG_SEQNUM | ERROR_NUMBER | MESSAGE_SEQNUM | LISTING_ID | MESSAGING_ID | PAGER NAME | _ID | PRIORITY | COS | RCC | PAGED_TEXT | DATE TIME | REBEEP_COUNT | ACTION | USER NAME | MACHINE | MODULE | EXPORTED_FLAG | SESSION_ID | GROUP_NUMBER | SENDING_USERNAME | SENDING_MACHINE | SENDING _MODULE | SENDING_SESSION_ID | DATE_QUEUED | POSITION_QUEUED | MESSAGE _TYPE | REBEEP_INTERVAL | MAX_REBEEPS | DEFAULT_MESSAGE_FLAG | STEP_SEQNUM | PAGE_ROUTE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

EXHIBIT E-7

| PAGE_ LOG_ SEQNUM | ERROR_ NUMBER | MESSAGE_ SEQNUM | LISTING_ ID | MESSAGING_ ID | NAME | PAGER_ ID | PRIORITY | COS | RCC | TEXT | PAGED_ TIME | DATE COUNT | REBEEP_ | ACTION | USER NAME | MACHINE | MODULE | EXPORTED_ FLAG | SESSION_ ID | GROUP_NU MBER | SENDING_ USERNAME | SENDING_ MACHINE | SENDING _MODULE | SENDING_ SESSION_I D | DATE_ QUEUED | POSITION _QUEUED | MESSAGE_ TYPE | REBEEP_ INTERVAL | MAX_ REBEEPS | DEFAULT _MESSAG E_FLAG | STEP_ SEQNUM | PAGE_ ROUTE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

# EXHIBIT E-8

| PAGE_LOG_SEQNUM | ERROR_NUMBER | MESSAGE_SEQNUM | LISTING_ID | MESSAGING_ID | NAME | PAGER_ID | PRIORITY | COS | RCC | PAGED_TEXT | DATETIME | REBEEP_COUNT | ACTION | USER_NAME | MACHINE | MODULE | EXPORTED_FLAG | SESSION_ID | GROUP_NUMBER | SENDING_USERNAME | SENDING_MACHINE | SENDING_MODULE | SESSION_ID | DATE_QUEUED | POSITION_QUEUED | MESSAGE_TYPE | REBEEP_INTERVAL | MAX_REBEEPS | DEFAULT_MESSAGE_FLAG | STEP_SEQNUM | PAGE_ROUTE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 801185000000 | 0 | 7983146000000 | 22540 | 611874 | Roberts, Sharon | 7737137649 | 1 | IMMC-SBC PAGING | | pls see email re: new glucometers, get staff to see if possible kathleen | 2011-07-19 12:27:45 PM | 0 | PAGE SENT | TAP | TAP-1 | TAP | F | 9550979 | | WWW_USER | IMMC-AmcomWB | | 9551379 | 2011-07-19 12:27:26 PM | | 4 MEDICAL | | | 0 | |
| 801224400000 | 0 | 7983542000000 | 22540 | 611874 | Roberts, Sharon | 7737137649 | 1 | IMMC-SBC PAGING | | hi Sharon, do you have someone available to cover IP DSE. Nellie 61-7599 | 2011-07-19 01:58:57 PM | 0 | PAGE SENT | TAP | TAP-1 | TAP | F | 9550979 | | WWW_USER | IMMC-AmcomWB | | 9551413 | 2011-07-19 01:58:45 PM | | 1 MEDICAL | | | 0 | |
| 803095900000 | 0 | 8001787000000 | 22540 | 611874 | Roberts, Sharon | 7737137649 | 1 | IMMC-SBC PAGING | | As soon as it's read. Frank | 2011-07-26 08:30:06 AM | 0 | PAGE SENT | TAP | TAP-1 | TAP | F | 9550979 | | WWW_USER | IMMC-AmcomWB | | 9556288 | 2011-07-26 08:29:55 AM | | 1 MEDICAL | | | 0 | |
| 803441700000 | 0 | 8005129000000 | 22540 | 611874 | Roberts, Sharon | 7737137649 | 1 | IMMC-SBC PAGING | | Room 2 is down, oil leak from xray tube. will follow up with phillips call. Porfirio | 2011-07-27 07:00:56 AM | 0 | PAGE SENT | TAP | TAP-1 | TAP | F | 9550979 | | WWW_USER | IMMC-AmcomWB | | 9557037 | 2011-07-27 07:00:47 AM | | 1 MEDICAL | | | 0 | |
| 803583100000 | 0 | 8006515000000 | 22540 | 611874 | Roberts, Sharon | 7737137649 | 1 | IMMC-SBC PAGING | | pls attend 1pm leadership mtg in olson aud..kathleen | 2011-07-27 12:05:11 PM | 0 | PAGE SENT | TAP | TAP-1 | TAP | F | 9550979 | | WWW_USER | IMMC-AmcomWB | | 9557197 | 2011-07-27 12:04:11 PM | | 18 MEDICAL | | | 0 | |

# EXHIBIT E-9

| PAGE_LOG_S EQNUM | ERROR _NUMB ER | MESSAGE_ SEQNUM | LISTING _ID | MESSAGING _ID | NAME | PAGER_ID | PRIORI TY | COS | RCC | PAGED_TEXT | DATETIME | REBEEP _COUNT | ACTION | USER NAM E | MACHINE | MODULE | EXPORTED _FLAG | SESSION _ID | GROUP_ NUMBER | SENDING _USERN AME | SENDING _MACHIN E | SENDING _MODUL E | SENDING _SESSION _ID | DATE_ QUEUED | POSITION _QUEUED | MESSAGE _TYPE | REBEEP_ INTERVAL | MAX_ REBEEPS | DEFAULT _MESSAG E_FLAG | STEP_ SEQNUM | PAGE_ ROUTE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 805270600000 | 0 | 8022667000000 | 22540 | 611874 | Roberts, Sharon | 7737137649 | 1 G | IMMC-SBC PAGIN | | Sharon  Transport arrange for the 6am tee to the cath lab and informed the fellows and scott . Thanks for your help.  Eliset 61-7599 | 2011-08-02 07:50:46 AM | | PAGE 0 SENT | TAP | TAP-1 | TAP | F | 9550979 | | WWW_U SER | IMMC-AmcomW B | | 9561698 | 2011-08-02 07:50:35 AM | 1 | MEDICAL | | | 0 | | |
| 805272200000 | 0 | 8022683000000 | 22540 | 611874 | Roberts, Sharon | 7737137649 | 1 G | IMMC-SBC PAGIN | | Sharon  Dr. Danciu is the attending for the tee.  Eliset 61-7599 | 2011-08-02 07:56:36 AM | | PAGE 0 SENT | TAP | TAP-1 | TAP | F | 9550979 | | WWW_U SER | IMMC-AmcomW B | | 9561685 | 2011-08-02 07:56:27 AM | 1 | MEDICAL | | | 0 | | |
| 812723200000 | 0 | 8096028000000 | 22540 | 611874 | Roberts, Sharon | 7737137649 | 1 G | IMMC-SBC PAGIN | | Good Morning Sharon  Welcome back.  Eliset | 2011-08-29 07:45:10 AM | | PAGE 0 SENT | TAP | TAP-1 | TAP | F | 9572929 | | WWW_U SER | IMMC-AmcomW B | | 9576151 | 2011-08-29 07:44:58 AM | 2 | MEDICAL | | | 0 | | |

# EXHIBIT E-10

| PAGE_LOG_S EQNUM | ERROR _NUMBER | MESSAGE_ SEQNUM | LISTING _ID | MESSAGING_ ID | NAME | PAGER_ID | PRIORI TY | COS | RCC | PAGED_TEXT | DATETIME | REBEEP _COUNT | USER ACTION | NAME | MACHINE | MODULE | EXPORTED _FLAG | SESSION _ID | GROUP_ NUMBER | SENDING_USER NAME | SENDING_ MACHINE | SENDING_ _MODUL E | SESSION_ ID | DATE_ QUEUED | POSITION_ QUEUED | MESSAGE _TYPE | REBEEP_ INTERVAL | MAX_ REBEEPS | DEFAULT_ _FLAG | MESSAGE STEP_ SEQNUM | PAGE_ ROUTE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 813752400000 | 0 | 8106135000000 | 22540 | 611874 | Roberts, Sharon | 7737137649 | IMMC-SBC 1 PAGING | | | Good Morning Sharon I need your help. Please page me at 1118. Eliset | 2011-09-01 07:13:31 AM | 0 | PAGE SENT | TAP | TAP-1 | TAP | F | 9572929 | | WWW_USER | IMMC-AmcomWB | | 9577326 | 2011-09-01 07:13:22 AM | 1 | MEDICAL | | | | 0 | |
| 814085400000 | 0 | 8109377000000 | 22540 | 611874 | Roberts, Sharon | 7737137649 | IMMC-SBC 1 PAGING | | | Sharon When are you going to attend the blood management and transfusion safety program? Eliset 61-7599 | 2011-09-02 07:54:25 AM | 0 | PAGE SENT | TAP | TAP-1 | TAP | F | 9572929 | | WWW_USER | IMMC-AmcomWB | | 9577690 | 2011-09-02 07:54:12 AM | 1 | MEDICAL | | | | 0 | |
| 815599800000 | 0 | 8124224000000 | 22540 | 611874 | Roberts, Sharon | 7737137649 | IMMC-SBC 1 PAGING | | | Dr. Dahodwala called - he is on his way> | 2011-09-08 10:23:26 AM | 0 | PAGE SENT | TAP | TAP-1 | TAP | F | 9572929 | | WWW_USER | IMMC-AmcomWB | | 9579832 | 2011-09-08 10:23:12 AM | 4 | MEDICAL | | | | 0 | |
| 817246800000 | 0 | 8140261000000 | 22540 | 611874 | Roberts, Sharon | 7737137649 | IMMC-SBC 1 PAGING | | | Sharon Are you ready? Eliset 61-7599 | 2011-09-14 07:47:41 AM | 0 | PAGE SENT | TAP | TAP-1 | TAP | F | 9582006 | | WWW_USER | IMMC-AmcomWB | | 9582723 | 2011-09-14 07:47:24 AM | 1 | MEDICAL | | | | 0 | |
| 817247200000 | 0 | 8140265000000 | 22540 | 611874 | Roberts, Sharon | 7737137649 | IMMC-SBC 1 PAGING | | | 61-7599 | 2011-09-14 07:49:18 AM | 0 | PAGE SENT | TAP | TAP-1 | TAP | F | 9582006 | | VRU | B1C4 | VRU IN | 9572081 | 2011-09-14 07:49:11 AM | 1 | MEDICAL | | | | 0 | |
| 820173500000 | 0 | 8168836000000 | 22540 | 611874 | Roberts, Sharon | 7737137649 | IMMC-SBC 1 PAGING | | | Hello Sharon its 4pm can I go home? thank you Joe 61-3549 everything is done all cases are in Xcelera. | 2011-09-23 03:58:35 PM | 0 | PAGE SENT | TAP | TAP-1 | TAP | F | 9582006 | | WWW_USER | IMMC-AmcomWB | | 9589846 | 2011-09-23 03:58:16 PM | 3 | MEDICAL | | | | 0 | |
| 819610800000 | 0 | 8163257000000 | 22540 | 611874 | Roberts, Sharon | 7737137649 | IMMC-SBC 1 PAGING | | | Hi Sharon, I need to debrief about yesterday. Can we get together this morning? Just page/text me when you have time at by 2120. Thanks. Marina | 2011-09-22 08:48:06 AM | 0 | PAGE SENT | TAP | TAP-1 | TAP | F | 9582006 | | WWW_USER | IMMC-AmcomWB | | 9588758 | 2011-09-22 08:47:52 AM | 2 | MEDICAL | | | | 0 | |
| 820673800000 | 0 | 8173707000000 | 22540 | 611874 | Roberts, Sharon | 7737137649 | IMMC-SBC 1 PAGING | | | reminder: legislative forum 2p in olson, please attend with staff kathleen | 2011-09-26 11:18:15 AM | 0 | PAGE SENT | TAP | TAP-1 | TAP | F | 9582006 | | WWW_USER | IMMC-AmcomWB | | 9591900 | 2011-09-26 11:17:58 AM | 3 | MEDICAL | | | | 0 | |
| 821471500000 | 0 | 8181545000000 | 22540 | 611874 | Roberts, Sharon | 7737137649 | IMMC-SBC 1 PAGING | | | Joe will be here tom from 8:30 to 5pm tom. Is that okay I text you on your phone. Bonnie 5561 | 2011-09-28 04:04:48 PM | 0 | PAGE SENT | TAP | TAP-1 | TAP | F | 9582006 | | WWW_USER | IMMC-AmcomWB | | 9593637 | 2011-09-28 04:04:30 PM | 1 | MEDICAL | | | | 0 | |

EXHIBIT E-11

| PAGE_LOG_SEQNUM | ERROR_NUMBER | MESSAGE_SEQNUM | LISTING ID | MESSAGING ID | NAME | PAGER ID | PRIORITY | COS | RCC | PAGED_TEXT | DATETIME | REBEEP_COUNT | ACTION | USER NAME | MACHINE | MODULE | EXPORTED_FLAG | SESSION_ID | GROUP_NUMBER | SENDING_USERNAME | SENDING_MACHINE | SENDING_MODULE | SENDING_SESSION_ID | DATE_QUEUED | POSITION_QUEUED | MESSAGE_TYPE | REBEEP_INTERVAL | MAX_REBEEPS | DEFAULT_MESSAGE_FLAG | STEP_SEQNUM | PAGE_ROUTE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 822585900000 | 0 | 8192392000000 | 22540 | 611874 | Roberts, Sharon | 7737137649 | | IMMC-SBC 1 PAGING | | Sharon Call me at 61-7339 Eliset | 2011-10-03 07:45:01 AM | PAGE 0 SENT | | TAP | TAP-1 | TAP | F | 9582006 | | WWW_US_ER | IMMC-AmcomWB | | 9595585 | 2011-10-03 07:44:48 AM | 1 | MEDICAL | | | | 0 | |
| 823251700000 | 0 | 8198938000000 | 22540 | 611874 | Roberts, Sharon | 7737137649 | | IMMC-SBC 1 PAGING | | labs sent. | 2011-10-05 07:44:48 AM | PAGE 0 SENT | | TAP | TAP-1 | TAP | F | 9582006 | | WWW_US_ER | IMMC-AmcomWB | | 9597143 | 2011-10-05 07:44:35 AM | 1 | MEDICAL | | | | 0 | |
| 827769300000 | 0 | 8194203000000 | 22540 | 611874 | Roberts, Sharon | 7737137649 | | IMMC-SBC 1 PAGING | | Sharon What is the ivp library? Eliset 61-5231 | 2011-10-03 02:24:28 PM | PAGE 0 SENT | | TAP | TAP-1 | TAP | F | 9582006 | | WWW_US_ER | IMMC-AmcomWB | | 9595724 | 2011-10-03 02:24:15 PM | 2 | MEDICAL | | | | 0 | |
| 824661400000 | 0 | 8212744000000 | 22540 | 611874 | Roberts, Sharon | 7737137649 | | IMMC-SBC 1 PAGING | | 61-7261 | 2011-10-10 02:37:51 PM | PAGE 0 SENT | | TAP | TAP-1 | TAP | F | 9599339 | | WWW_US_ER | IMMC-AmcomWB | | 9600886 | 2011-10-10 02:37:39 PM | 2 | MEDICAL | | | | 0 | |
| 825664900000 | 0 | 8222691000000 | 22540 | 611874 | Roberts, Sharon | 7737137649 | | IMMC-SBC 1 PAGING | | Sharon, your phone is here!!!! You left in the bathroom. I have it in my office. Bonnie 5561 | 2011-10-13 03:51:09 PM | PAGE 0 SENT | | TAP | TAP-1 | TAP | F | 9601172 | | WWW_US_ER | IMMC-AmcomWB | | 9602943 | 2011-10-13 03:50:57 PM | 1 | MEDICAL | | | | 0 | |
| 825317200000 | 0 | 8219223000000 | 22540 | 611874 | Roberts, Sharon | 7737137649 | | IMMC-SBC 1 PAGING | | May I leave at 2pm? Call me Porfirio 61-7263 | 2011-10-12 01:48:33 PM | PAGE 0 SENT | | TAP | TAP-1 | TAP | F | 9601172 | | WWW_US_ER | IMMC-AmcomWB | | 9602223 | 2011-10-12 01:48:20 PM | 3 | MEDICAL | | | | 0 | |
| 829513500000 | 0 | 8225158000000 | 22540 | 611874 | Roberts, Sharon | 7737137649 | | IMMC-SBC 1 PAGING | | hey its Ang. I'm trying to call you. might be a STEMI in ER. 61 5067 | 2011-10-14 01:52:05 PM | PAGE 0 SENT | | TAP | TAP-1 | TAP | F | 9601172 | | WWW_US_ER | IMMC-AmcomWB | | 9603616 | 2011-10-14 01:51:54 PM | 1 | MEDICAL | | | | 0 | |
| 827241300000 | 0 | 8237987000000 | 22540 | 611874 | Roberts, Sharon | 7737137649 | | IMMC-SBC 1 PAGING | | pls call bed control 5061 | 2011-10-19 02:45:52 PM | PAGE 0 SENT | | TAP | TAP-1 | TAP | F | 9601172 | | WWW_US_ER | IMMC-AmcomWB | | 9607220 | 2011-10-19 02:45:43 PM | 1 | MEDICAL | | | | 0 | |
| 827144500000 | 0 | 8237006000000 | 22540 | 611874 | Roberts, Sharon | 7737137649 | | IMMC-SBC 1 PAGING | | room 1 is clean | 2011-10-19 11:24:30 AM | PAGE 0 SENT | | TAP | TAP-1 | TAP | F | 9601172 | | WWW_US_ER | IMMC-AmcomWB | | 9607058 | 2011-10-19 11:24:18 AM | 2 | MEDICAL | | | | 0 | |
| 826566100000 | 0 | 8231511000000 | 22540 | 611874 | Roberts, Sharon | 7737137649 | | IMMC-SBC 1 PAGING | | pls dont forget to get your flu shot. will be incafeteria all week or you can drop by emp health | 2011-10-17 03:32:12 PM | PAGE 0 SENT | | TAP | TAP-1 | TAP | F | 9601172 | | WWW_US_ER | IMMC-AmcomWB | | 9605702 | 2011-10-17 03:31:56 PM | 4 | MEDICAL | | | | 0 | |
| 829711200000 | 0 | 8262375000000 | 22540 | 611874 | Roberts, Sharon | 7737137649 | | IMMC-SBC 1 PAGING | | Hello Sharon, I have Chris with me today and looking materials gathered to obtain the dosing and pharmacy prep guide to adenosine for pulm HTN use in Cathlab. Call me when you are ready for discussn. -Kim 61-8094 | 2011-10-28 11:32:33 AM | PAGE 0 SENT | | TAP | TAP-1 | TAP | F | 9612782 | | WWW_US_ER | IMMC-AmcomWB | | 9613586 | 2011-10-28 11:31:45 AM | 20 | MEDICAL | | | | 0 | |

EXHIBIT E-12

| PAGE_LOG_ SEQNUM | ERROR_ NUMBER | MESSAGE_ SEQNUM | LISTING _ID | MESSAGING _ID | NAME | PAGER_ID | PRIORI TY | COS | RCC | PAGED_TEXT | DATE TIME | REBEEP _COUNT | ACTION | USER NAME | MACHINE | MODULE | EXPORTED _FLAG | SESSION_ ID | GROUP_ NUMBE R | SENDING_ USER NAME | SENDING_ MACHINE | SENDING_ MODULE | SENDING SESSION_ ID | DATE_ QUEUED | POSITION_ QUEUED | MESSAGE_ _TYPE | REBEEP_ INTERVAL | MAX_ REBEEP S | DEFAULT_ MESSAGE _FLAG | STEP_ SEQNU M | PAGE_ ROUTE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 830836600000 | 0 | 82732350000 | 22540 | 611874 | Roberts, Sharon | 7737137649 | 1 | IMMC-SBC PAGING | | Good Morning Sharon Can Victor help me with one dob. nuc. stress test? Eliset 61-7599 | 2011-11-02 07:38:52 AM | 0 | PAGE SENT | TAP | TAP-1 | TAP | F | 9612782 | | WWW_US ER | IMMC-AmcomWB | | 9617199 | 2011-11-02 07:38:42 AM | 0 | 1 MEDICAL | | | | | |
| 831553900000 | 0 | 82802200000 | 22540 | 611874 | Roberts, Sharon | 7737137649 | 1 | IMMC-SBC PAGING | | Sharon Kathleen is calling you. | 2011-11-04 09:03:36 AM | 0 | PAGE SENT | TAP | TAP-1 | TAP | F | 9612782 | | WWW_US ER | IMMC-AmcomWB | | 9618688 | 2011-11-04 09:03:20 AM | 0 | 2 MEDICAL | | | | | |
| 833505100000 | 0 | 82994190000 | 22540 | 611874 | Roberts, Sharon | 7737137649 | 1 | IMMC-SBC PAGING | | GOD BLESS YOU! | 2011-11-11 10:07:36 AM | 0 | PAGE SENT | TAP | TAP-1 | TAP | F | 9612782 | | WWW_US ER | IMMC-AmcomWB | | 9623855 | 2011-11-11 10:07:25 AM | 0 | 2 MEDICAL | | | | | |
| 833313300000 | 0 | 82975510000 | 22540 | 611874 | Roberts, Sharon | 7737137649 | 1 | IMMC-SBC PAGING | | 61-7261 | 2011-11-10 02:15:43 PM | 0 | PAGE SENT | TAP | TAP-1 | TAP | F | 9612782 | | WWW_US ER | IMMC-AmcomWB | | 9623217 | 2011-11-10 02:15:28 PM | 0 | 1 MEDICAL | | | | | |
| 835153800000 | 0 | 83149670000 | 22540 | 611874 | Roberts, Sharon | 7737137649 | 1 | IMMC-SBC PAGING | | Good Morning Sharon, please call Nellie 61-7834, need nursing coverage | 2011-11-17 09:01:55 AM | 0 | PAGE SENT | TAP | TAP-1 | TAP | F | 9625153 | | WWW_US ER | IMMC-AmcomWB | | 9628075 | 2011-11-17 09:01:44 AM | 0 | 2 MEDICAL | | | | | |
| 835764400000 | 0 | 83209470000 | 22540 | 611874 | Roberts, Sharon | 7737137649 | 1 | IMMC-SBC PAGING | | Do you have Haery's and Khan's pagers? Bryan, 61-7260 | 2011-11-18 06:57:51 AM | 0 | PAGE SENT | TAP | TAP-1 | TAP | F | 9625153 | | WWW_US ER | IMMC-AmcomWB | | 9629212 | 2011-11-18 06:57:33 AM | 0 | 2 MEDICAL | | | | | |
| 837674600000 | 0 | 83395320000 | 22540 | 611874 | Roberts, Sharon | 7737137649 | 1 | IMMC-SBC PAGING | | Remember to add your clocking for 11/22. You forgot to punch out. thanks Charity | 2011-11-28 09:26:32 AM | 0 | PAGE SENT | TAP | TAP-1 | TAP | F | 9632526 | | WWW_US ER | IMMC-AmcomWB | | 9635753 | 2011-11-28 09:26:16 AM | 0 | 2 MEDICAL | | | | | |
| 838082700000 | 0 | 83435790000 | 22540 | 611874 | Roberts, Sharon | 7737137649 | 1 | IMMC-SBC PAGING | | call me when avaiable kathleen 61-7261 | 2011-11-29 12:24:55 PM | 0 | PAGE SENT | TAP | TAP-1 | TAP | F | 9632526 | | WWW_US ER | IMMC-AmcomWB | | 9636564 | 2011-11-29 12:24:44 PM | 0 | 2 MEDICAL | | | | | |
| 837716600000 | 0 | 83399530000 | 22540 | 611874 | Roberts, Sharon | 7737137649 | 1 | IMMC-SBC PAGING | | Its Charity. Do you want Paid or Unpaid for the holiday? Call when you can. 61-7044 | 2011-11-28 11:05:15 AM | 0 | PAGE SENT | TAP | TAP-1 | TAP | F | 9632526 | | WWW_US ER | IMMC-AmcomWB | | 9635836 | 2011-11-28 11:05:01 AM | 0 | 4 MEDICAL | | | | | |
| 838475500000 | 0 | 83474740000 | 22540 | 611874 | Roberts, Sharon | 7737137649 | 1 | IMMC-SBC PAGING | | on my way to cardiology | 2011-11-30 02:08:56 PM | 0 | PAGE SENT | TAP | TAP-1 | TAP | F | 9636706 | | WWW_US ER | IMMC-AmcomWB | | 9637392 | 2011-11-30 02:08:46 PM | 0 | 2 MEDICAL | | | | | |